■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE REALE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered November 15, 1974, after a nonjury trial, convicting him of unlawful imprisonment in the second degree and sentencing him to a probationary term of three years. Judgment reversed, on the law and the facts, and third count of indictment dismissed. In our opinion, the guilt of defendant was not established beyond a reasonable doubt. Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER REAVES, Also Known as ALONZO GREEN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER REAVES, Appellant, v JAMES MONROE, as Warden of the Brooklyn House of Detention for Men, Respondent.— Judgment of the Supreme Court, Kings County, rendered September 21, 1973, in the first above-mentioned case, affirmed. No opinion. Appeal from a purported order of the same court, which, according to the notice of appeal, was entered on April 4, 1973, dismissed, without costs. It does not appear that any such order was made or entered. Had such an order been entered, we would affirm it. Rabin, Acting P. J., Hopkins, Martuscello, Latham and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN THOMAS SPINELLA, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Orange County, imposed June 28, 1974, upon his conviction of attempted criminal possession of a controlled substance in the sixth degree, upon his plea of guilty. Sentence reversed, on the law, and case remanded to the County Court for resentence. Although defendant pled guilty to a Class E felony (Penal Law, §§ 220.06, 110.05, subd 7), the minutes of the sentence reveal that the sentencing court might have believed that defendant pled to a Class D felony. Cohalan, Acting P. J., Christ, Brennan, Munder and Shapiro, JJ., concur.